FILED
APR-1 9 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAY ENG,<br><br>　　　　Defendant. | 1:13-CR-00136-AW1-BAM<br><br>ORDER STAYING DEFENDANTS' PRE-TRIAL ORDER OF RELEASE DURING PENDENCY OF, GOVERNMENT'S MOTION TO REVOKE PRE-TRIAL ORDER OF RELEASE PURSUANT TO 18 U.S.C. 3145(a) |

　　　　BASED UPON the motion to revoke the pre-trial order of release of defendant SAY ENG and to stay the order of release during the pendency of its motion pursuant to 18 U.S.C. § 3145(a), dated April 19, 2013, this Court having original juridiction over the offenses charged by Indictment in this case, and good cause appearing,

　　　　IT IS HEREBY ORDERED that the pre-trial order of defendant SAY ENG's release on the posting of an unsecured bond IS HEREBY STAYED.

　　　　IT IS FURTHER ORDERED that the defendant SAY ENG will remain in United States Marshal's custody during the pendency of the government's motion and until further Order of the Court; and

　　　　IT IS FURTHER ORDERED that the hearing on this motion will be held on 24TH date of April, 2013, before this Court, Courtroom No. 2, 2500 Tulare Street, Fresno, California. 10:00AM

IT IS SO ORDERED.

Dated this 19 day of April, 2013.　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　HON. ANTHONY W. ISHII

7