BENJAMIN B. WAGNER
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
  United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>            v.<br><br>SAY ENG,<br><br>                        Defendant. | CASE NO.  1:13-CR-00136-AWI-BAM<br><br>MOTION FOR INQUIRY INTO SOURCE OF COLLATERAL OFFERED AS PROPERTY BOND |

Pursuant to Title 18, United States Code, Section 3142(g)(4), the United States moves for the Court to conduct an inquiry into the source of the property offered by defendant Say Eng as collateral to secure an appearance bond. See 18 U.S.C. 3142(g)(4) (referring to 18 U.S.C. 3142(c)(1)(B)(xi)).

DATED: May 16, 2013                     BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ Grant B. Rabenn
                                        Grant B. Rabenn
                                        Assistant United States Attorney

MOTION FOR NEBBIA HEARING                    1

**ORDER**

Upon motion by the United States, IT IS ORDERED that on the __20th__ day of May, 2013 at __1:30 p.m.__, the Court will hold a hearing to inquire into the source of the property offered by defendant Say Eng as collateral to secure an appearance bond.

IT IS SO ORDERED.

Dated:   May 16, 2013                                   _____
                                                                                SENIOR  DISTRICT  JUDGE