**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
SAY ENG

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>SAY ENG,<br><br>          Defendant. | Case No.: 1:13-CR-00136-AWI-BAM (008)<br><br>**DEFENDANT'S NOTICE OF WAIVER OF PERSONAL APPEARANCE: ORDER**<br><br>Date: **April 28, 2014**<br>Time: **1:00 p.m.**<br>Courtroom: **3**<br>**Hon. Barbara A. McAuliffe** |

**TO:   THE HONORABLE JUDGE BARBARA A. McAULIFFE, AND TO UNITED STATES ATTORNEY BENJAMIN WAGNER AND HIS REPRESENTATIVE, ASSISTANT UNITED STATES ATTORNEY DAVID L. GAPPA:**

Defendant, SAY ENG, hereby waives her right to be present in open Court upon the hearing of any motion or other proceeding in this cause, including but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence.

Defendant hereby requests the Court proceed during every absence of which the Court may permit pursuant to this waiver; agrees that her interests will be deemed represented at all times by the presence of her attorney, Anthony P. Capozzi, the same as if the Defendant was personally present; and further agrees to be present in person in Court ready for trial any day and hour the Court may fix in her absence.

Defendant further acknowledges that she has been informed of her rights under Title 18, United States Code, section 3161-3174 (Speedy Trial Act), and authorizes her attorney to set times and delays under the Act without Defendant being present.

Dated: April 23, 2014        /s/Say Eng
                             SAY ENG


                             Respectfully submitted,

DATED:   April 23, 2014    By: /s/Anthony P. Capozzi
                              ANTHONY P. CAPOZZI
                              Attorney for Defendant SAY ENG


**ORDER**

IT IS SO ORDERED.

Dated:   **April 29, 2014**        /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE