**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com


ATTORNEY FOR Defendant,
SAY ENG

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAY ENG,<br><br>Defendant. | Case No.: 1:13-CR-00136-AWI-BAM<br><br>**AMENDED STIPULATION TO CONTINUE TRIAL CONFIRMATION AND JURY TRIAL AND ORDER**<br><br>Date: **March 29, 2016**<br>Time: **8:30 a.m.**<br>Courtroom: **4**<br>**Hon. Anthony W. Ishii** |

  IT IS HEREBY STIPULATED by the parties hereto, through their respective attorneys of record, that the Trial Confirmation, presently set for March 14, 2016, at 1:30 p.m., and the Jury Trial, presently set for March 29, 2016, be vacated. The parties further stipulate that a Trial Confirmation be set for June 13, 2016, at 10:00 a.m. and a Jury Trial be set for July 26, 2016, at 8:30 a.m.

  Good cause exists for this request because additional discovery has been mailed, but not received and needs to be reviewed. Counsel needs additional time for investigation and trial preparation.

  Based on the above-stated findings, the ends of justice served by vacating the trial date and continuing this matter for status conference as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 14, 2016, through June 13, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

So Stipulated:

Respectfully submitted,

Dated:    February 8, 2016      By:  /s/Grant B. Rabenn
                                     GRANT B. RABENN
                                     Assistant United States Attorney


Dated:    February 8, 2016      By:  /s/Anthony P. Capozzi
                                     ANTHONY P. CAPOZZI
                                     Attorney for SAY ENG


## ORDER


**IT IS SO ORDERED.** Good cause having been shown, the Trial Confirmation set for March 14, 2016, at 1:30 p.m. and the Jury Trial set for March 29, 2016, at 8:30 a.m. are hereby vacated.  Trial Confirmation is continued to **June 13, 2016, at 10:00 a.m.** and the Jury Trial is continued to **July 26, 2016, at 8:30 a.m.** Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).


IT IS SO ORDERED.

Dated:   February 8, 2016               _____
                                        SENIOR DISTRICT JUDGE