**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
SAY ENG

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAY ENG,<br><br>Defendant. | Case No.: 1:13-CR-00136-AWI-BAM<br><br>**STIPULATION TO CONTINUE TRIAL CONFIRMATION AND JURY TRIAL AND ORDER**<br><br>Date: **July 26, 2016**<br>Time: **8:30 a.m.**<br>Courtroom: **2**<br>**Hon. Anthony W. Ishii** |

IT IS HEREBY STIPULATED by the parties hereto, through their respective attorneys of record, that the Trial Confirmation, presently set for June 13, 2016, at 10:00 a.m., and the Jury Trial, presently set for July 26, 2016, be vacated.  The parties further stipulate that a Trial Confirmation be set for August 8, 2016, at 10:00 a.m. and a Jury Trial be set for August 30, 2016, at 8:30 a.m.

Good cause exists for this request.  Counsel needs additional time for continued negotiations and investigations and trial preparation.

Based on the above-stated findings, the ends of justice served by vacating the trial date and continuing this matter for status conference as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et

seq., within which trial must commence, the time period of June 13, 2016, through August 30, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

So Stipulated:

Respectfully submitted,

Dated:   March 16, 2016    By:  */s/Grant B. Rabenn*
GRANT B. RABENN
Assistant United States Attorney


Dated:   March 16, 2016    By:  */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for SAY ENG

## ORDER

**IT IS SO ORDERED.** Good cause having been shown, the Trial Confirmation set for June 13, 2016, at 10:00 a.m. and the Jury Trial set for July 26, 2016, at 8:30 a.m. are hereby vacated.  Trial Confirmation is continued to **August 8, 2016, at 10:00 a.m.** and the Jury Trial is continued to **August 30, 2016, at 8:30 a.m.** Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

**NO FURTHER CONTINUANCES WILL BE GRANTED.**

IT IS SO ORDERED.

Dated:   March 16, 2016                     _____
                                             SENIOR  DISTRICT  JUDGE