**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com


ATTORNEY FOR Defendant,
SAY ENG

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>SAY ENG,<br><br>        Defendant. | Case No.: 1:13-CR-00136-AWI-BAM<br><br>**STIPULATION TO CONTINUE TRIAL CONFIRMATION AND JURY TRIAL AND ORDER**<br><br>Date: **August 30, 2016**<br>Time: **8:30 a.m.**<br>Courtroom: **2**<br>**Hon. Anthony W. Ishii** |

   IT IS HEREBY STIPULATED by the parties hereto, through their respective attorneys of record, that the Jury Trial, presently set for August 30, 2016, be vacated.  The parties stipulate that the Trial Confirmation currently set for August 8, 2016, at 10:00 a.m. be continued to October 11, 2016, at 10:00 a.m. and a Jury Trial be set for November 1, 2016, at 8:30 a.m. It is further stipulated that the August 8, 2016, hearing remain on calendar at 10:00 a.m. as a Change of Plea.

   Good cause exists for this request, by both parties, to continue this matter.  Counsel needs additional time for continued negotiations and investigations and trial preparation.

   Based on the above-stated findings, the ends of justice served by vacating the trial date and continuing this matter for status conference as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 8, 2016, through November 1, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

So Stipulated:

Respectfully submitted,

Dated:   June 30, 2016          By:   /s/Grant B. Rabenn
                                      GRANT B. RABENN
                                      Assistant United States Attorney


Dated:   June 30, 2016          By:   /s/Anthony P. Capozzi
                                      ANTHONY P. CAPOZZI
                                      Attorney for SAY ENG

## ORDER

**IT IS SO ORDERED.** Good cause having been shown, the Trial Confirmation set for August 8, 2016, at 10:00 a.m. and the Jury Trial set for August 30, 2016, at 8:30 a.m. are hereby vacated.  Trial Confirmation is continued to **October 11, 2016, at 10:00 a.m.** and the Jury Trial is continued to **November 1, 2016, at 8:30 a.m.**  A Change of Plea is hereby scheduled for August 8, 2016, at 10:00 a.m.  Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   July 1, 2016                    _____
                                         SENIOR  DISTRICT  JUDGE