ANTHONY P. CAPOZZI, SBN 068525
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., STE. 102
FRESNO, CALIFORNIA 93711
PHONE (559) 221-0200
FAX (559) 221-7997
EMAIL: anthony@capoozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant
SAY ENG

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>SAY ENG,<br><br>           Defendant. | Case No.: 1:13-CR-00136-8 AWI<br><br>REQUEST TO EXONERATE BOND AND RETURN PASSPORT WITH ORDER |

Defendant, SAY ENG, by and through her attorney of record, Anthony P. Capozzi, hereby requests that the following property posted as collateral in the above referenced matter be exonerated and the Deed returned.

1. Patrick Chim, Deed No. 2013-0777559 – Docket #144 (filed May 28, 2013).
2. Return of passport to Say Eng. Passport number 499505540 was surrendered on May 20, 2013 (Docket # 125) pursuant to court order.

Respectfully submitted,


DATED:   December 13, 2016      By:   /s/Anthony P. Capozzi
                                      ANTHONY P. CAPOZZI
                                      Attorney for SAY ENG

**ORDER**

IT IS HEREBY ORDERED that the property bond posted is exonerated and the clerk of the court is ordered to return the defendant's passport.

IT IS SO ORDERED.

Dated:   December 14, 2016                    _____
                                                                           SENIOR DISTRICT JUDGE